PEOPLE ex rel. CAPEN v. MAXWELL et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New York, on the re-

lation of Louise M. Capen, against William H. Maxwell and others, constituting the board of examiners of the board of education of the city of New York. No opinion. Motion granted, without costs.